JPME

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

'08 MAR 17 AM 9:45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: (P DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **Magistrate Docket No.** '08 MJ 0827 |
| | ) | |
| Plaintiff | ) | |
| | ) | COMPLAINT FOR |
| v. | ) | VIOLATION OF: |
| Gevorg Grigor MATEVOSYAN | ) | TITLE 18 U.S.C. § 1544 |
| AKA: Greg TUMANYAN | ) | Misuse of Passport |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about March 16, 2008, within the Southern District of California, defendant **Gevorg Grigor MATEVOSYAN AKA: Greg TUMANYAN** did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting U.S. passport number 038946716, issued in the name Greg TUMANYAN, to a Department of Homeland Security, Customs and Border Protection Officer, at the San Ysidro Port of Entry, knowing full well that he was not Greg TUMANYAN, that the passport was not issued or designed for his use, and that he is not a United States citizen entitled to a U.S. Passport; in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **17th** day of **March, 2008**.

UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On March 16, 2008, at approximately 1155 hours, **Gevorg Grigor MATEVOSYAN AKA: Greg TUMANYAN (Defendant)** arrived at the San Ysidro Port of Entry and applied for admission to the United States from Mexico as a passenger in a Chevrolet Tahoe. Defendant identified himself with U.S. Passport number 038946716 bearing the name Greg TUMANYAN, date of birth April 26, 1972, and a photograph not that of Defendant. Defendant and the driver stated they were going to Van Nuys, California. The CBP Officer suspected Defendant was an impostor and subsequently escorted the vehicle and its occupants to secondary for further inspection.

In secondary, a CBP Officer obtained Defendant's fingerprints and queried them through the Integrated Automated Fingerprint Identification System (IAFIS) revealing Defendant's true identity. Further queries through Immigration service records revealed Defendant is a citizen of Armenia without legal documents to enter the United States.

During a videotaped proceeding, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and elected to answer questions without the benefit of counsel. Defendant stated his true name is Gevorg Grigor MATEVOSYAN. Defendant stated he is a citizen of Armenia by virtue of birth. Defendant admitted that he purchased the U.S. Passport from an unknown person in Los Angeles, California for $500.00 USD.

Defendant admitted to using the U.S. Passport bearing the name Greg TUMANYAN to apply for admission to the United States on March 16, 2008 at the San Ysidro Port of Entry. Defendant stated his intention was to return home to Van Nuys, California. Defendant admitted to knowing the passport was not designed for his use and did not bear his name or photograph. Defendant admitted to knowing it was illegal to use the passport to attempt entry into the United States.