FILED
APR 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, v. GEVORG GRIGOR MATEVOSYAN aka Greg Tumanyan, Defendant.

Criminal Case No. 08CR1132-WQH

I N F O R M A T I O N

Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship

The United States Attorney charges:

On or about March 16, 2008, within the Southern District of California, defendant GEVORG GRIGOR MATEVOSYAN, did falsely and willfully represent to an officer of the United States Customs and Border Protection, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States whereas, in truth or fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: 4/10/08.

KAREN P. HEWITT
UNITED STATES ATTORNEY

for DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:pcf:San Diego
3/27/08