10

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

GEVORG GRIGOR MATEVOSYAN
aka Greg Tumanyan

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1132-WQH

I, GEVORG GRIGOR MATEVOSYAN aka Greg Tumanyan, the above named defendant, who is accused of:

Title 8, U.S.C., Sec. 911 - False Claim to United States Citizenship, and

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x [signature]
GEVORG GRIGOR MATEVOSYAN
Defendant

[signature]
HOLLY A. SULLIVAN
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER

FILED
APR 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY